IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41567
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM CLYDE LOWE,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:97-CR-67-1
- - - - - - - - - -
September 24, 1998

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

A jury convicted William Clyde Lowe of possession of marijuana with intent to distribute and possession of a firearm by a felon. In this direct criminal appeal, Lowe argues that the district court should have suppressed evidence seized during a search of Lowe's home because the affidavit supporting the search warrant failed to supply probable cause for the search; that the evidence is insufficient to show that he possessed either the marijuana or the firearms; and that the district court clearly erred by enhancing his sentence on the ground that he

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

used or possessed the firearms in connection with another offense.

Having reviewed the record and the briefs of the parties, we find no error in the district court's denial of Lowe's motion to suppress evidence.  <u>United States v. Inocencio</u>, 40 F.3d 716, 721 (5th Cir. 1994).  The evidence is sufficient to support Lowe's convictions.  <u>See</u> <u>United States v. Ybarra</u>, 70 F.3d 362, 365 (5th Cir. 1995); <u>United States v. Pineda-Ortuno</u>, 952 F.2d 98, 102 (5th Cir. 1992).  The enhancement of Lowe's sentence is not clearly erroneous.  <u>United States v. Ramos</u>, 71 F.3d 1150, 1157-58 (5th Cir. 1995); <u>United States v. Condren</u>, 18 F.3d 1190, 1194-1200 (5th Cir. 1994).

AFFIRMED.